# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SIDDIQI, MUHAMMAD NASIR<br><br>Debtor | Case No. 19-42834<br>Chapter 7 |

## ORDER GRANTING SIXTH MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE

ON THIS DAY CAME ON FOR CONSIDERATION the Sixth Motion to Extend Time to File Objection to Discharge filed by Mark A. Weisbart, Trustee, and for cause shown, it is hereby

ORDERED that the deadline for any parties in interest, including the Office of the United States Trustee, to file a complaint objecting to discharge under 11 U.S.C. § 727 is extended to and shall be May 3, 2021.

IT IS SO ORDERED.

Signed on 4/2/2021

_____ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE