**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>MUHAMMAD NASIR SIDDIQI<br><br>Debtor | Case No. 19-42834<br>Chapter 7 |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE
SALE OF DEBTOR'S 2016 CHEVROLET TAHOE BY AUCTION**

ON THIS DAY, came on for consideration, the Motion to Approve Sale of Debtor's 2016 Chevrolet Tahoe by Auction (the "Motion") filed by Mark A. Weisbart, in his capacity as the duly appointed and acting Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Muhammad Nasir Siddiqi, seeking authority to sell the Debtor's scheduled 2016 Chevrolet Tahoe, VIN No. 1GNLCDEC7GR303109 (the "Vehicle").  After review and consideration of the Motion and the statements of counsel, the Court finds that the relief sought is in the best interest of the bankruptcy estate and that the provisions of 11 U.S.C. § 363(f) have been satisfied; accordingly, it is hereby

ORDERED that the Trustee shall be and is hereby authorized to conduct an auction sale of the Vehicle commencing on December 16, 2021; it is further

ORDERED that the sale of the Vehicle shall be free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363(f); it is further

ORDERED that that any and all liens, claims and encumbrances, if any, shall attach to the sale proceeds in the same priority as said liens, claims and encumbrances held prior to such sale; it is further

ORDERED that the sale of the Vehicle shall be "as is, where is," without any representations or warranties concerning the condition, use or suitability of the vehicle; it is further

ORDERED that TD Auto Finance, LLC ("TD") shall immediately surrender the title to the

Vehicle to the Trustee with a fully executed lien release; it is further

ORDERED that Trustee is authorized to pay the secured claim of TD from the sale proceeds without further order of the Court; it is further

ORDERED that Trustee is authorized to retain $500.00 of the sale proceeds to cover administrative costs associated with the liquidation of the vehicle in the event TD's claim cannot be satisfied in full from the sale; it is further

ORDERED that the Trustee shall be and is hereby authorized to execute all documents necessary to consummate the sale; it is further

ORDERED that that the stay requirement of FED.R.BANKR.P. 6004(h) shall be and is hereby waived.

IT IS SO ORDERED.

Signed on 12/6/2021

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE